UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION, <br><br> Defendants. | C.A. No. <br><br> 04cv10399WGY |

## PLAINTIFFS' MOTION TO EXCEED TWENTY (20) PAGES

Pursuant to Local Rule 7.1(B)(4), Plaintiffs, The General Convention of the New Jerusalem in the United States of America, Inc., The Massachusetts Association of the New Jerusalem (Swedenborgian), and George Chapin (the "Plaintiffs"), hereby move to file a supporting memorandum in excess of twenty (20) pages. As grounds therefor, Plaintiffs state that the supporting memorandum addresses two motions, one seeking a memorandum of lis pendens, and another seeking a preliminary injunction. Addressing both motions required Plaintiffs' memorandum to exceed twenty (20) pages. The supporting memorandum consists of twenty-four (24) pages.

WHEREFORE, Plaintiffs respectfully request its Motion to Exceed Twenty (20) pages be allowed.

# 1727612_v1

THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN,

By their attorneys,

**HOLLAND & KNIGHT LLP**

_____
Geoffrey E. Hobart (BBO No. 547499)
Christopher J. Trombetta (BBO No. 556923)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: February 27, 2004