UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION, <br><br> Defendants. | C.A. No. <br><br> 04 cv 10399 WGY |

## MOTION FOR A MEMORANDUM OF LIS PENDENS

Plaintiff, The General Convention of the New Jerusalem in the United States of America, Inc. (the "Denomination"), hereby moves pursuant to Mass. Gen. Laws ch. 184, § 15 for an order of approval of a Memorandum of Lis Pendens to be recorded against the real property known as 140 Bowdoin Street, Boston, Massachusetts. As grounds therefor, the disaffiliation by Boston Society of the New Jerusalem Incorporated (Swedenborgian) (the "Church") from the Denomination entitles the Denomination to the property pursuant to the Church's by-laws. Plaintiffs rely on the supporting memorandum which is filed herewith.

WHEREFORE, Plaintiffs request that this Court allow their Motion for a Memorandum of Lis Pendens and approve the Memorandum which is attached hereto.

# 1727329_v1

THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN,

By their attorneys,

**HOLLAND & KNIGHT LLP**

_____
Geoffrey E. Hobart (BBO No. 547499)
Christopher J. Trombetta (BBO No. 556923)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: February 27, 2004

- 2 -

# 1727329_v1