UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION, <br><br> Defendants. | C.A. No. <br><br> 04cv10399 WGY |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs, The General Convention of the New Jerusalem in the United States of America, Inc., The Massachusetts Association of the New Jerusalem (Swedenborgian), and George Chapin (the "Plaintiffs"), hereby move to preliminarily enjoin the Defendants from dissipating assets that belong to Defendant, Boston Society of the New Jerusalem, Incorporated (Swedenborgian), a one hundred eighty-five year old church, and the company which it owns, Defendant, Bostonview Corporation. The reasons supporting this motion are addressed in the memorandum which is filed herewith.

WHEREFORE, Plaintiffs respectfully request that the Court allow its Motion for a Preliminary Injunction.

# 1727457_v1

- 2 -

THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN,

By their attorneys,

**HOLLAND & KNIGHT LLP**

_____
Geoffrey E. Hobart (BBO No. 547499)
Christopher J. Trombetta (BBO No. 556923)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: February 27, 2004