UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

        Civil Action
        No: <u>04-10399-WGY</u>

THE GENERAL CONVENTION OF
THE NEW JERUSALEM, ET AL
Plaintiff

v.

MACKENZIE, ET AL
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,C.J.</u>

      After a hearing held on   3/2/04   ,this Court Orders that Plaintiffs' Oral Motion to Voluntarily Dismiss is Allowed and the above entitled action be and hereby is Dismissed without prejudice.

        Tony Anastas
        Clerk

              /s/ Elizabeth Smith
        By:  _____
              Deputy Clerk

March 2, 2004

Notice mailed to counsel of record.