## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

                                                                                                      Civil Action
                                                                                                      No: <u>04-10399-WGY</u>

THE GENERAL CONVENTION OF
THE NEW JERUSALEM, ET AL
Plaintiff

v.

MACKENZIE, ET AL
Defendant

## ORDER OF DISMISSAL

<u>YOUNG,C.J.</u>

     After a hearing held on   3/2/04   ,this Court Orders that Plaintiffs' Oral Motion to Voluntarily Dismiss is Allowed and the above entitled action be and hereby is Dismissed without prejudice.

                                                                                         Tony Anastas
                                                                                         Clerk

                                                                                         /s/ Elizabeth Smith
                                                                          By:   _____
                                                                                         Deputy Clerk

March 2, 2004

Notice mailed to counsel of record.